UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MARVIN SMITH SHAHEEN,

                **Plaintiff,**

                                                  9:05-CV-0173

v.                                                 (TJM/GHL)

P. McINTYRE, Correction Officer; J. FRAZIER,
Correction Officer; and J. HOESSLE; Correction
Officer,

                **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

      This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. George H. Lowe, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  No objections to the Report-Recommendation dated September 28, 2007 have been filed.  Furthermore, after examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly, the Court adopts the Report-Recommendation for the reasons stated therein.

      It is therefore,

      **ORDERED** that  Defendants' motion for summary judgment (Docket No. 28) is **GRANTED** and the complaint is **DISMISSED** as to all defendants.

**IT IS SO ORDERED**.

DATED: November 5, 2007

                                                    Thomas J. McAvoy
                                                   Senior, U.S. District Judge