# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

---

**Marvin Smith Shaheen**

    vs.

**P. McIntyre, et al**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**  9:05-CV-173

_____  **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  **X**   **DECISION BY COURT.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS GRANTED AND PLAINTIFF'S COMPLAINT IS DISMISSED.  THE COURT ADOPTS THE REPORT-RECOMMENDATION.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED NOVEMBER 5, 2007.

Dated:  November 5, 2007

Clerk of Court

    s/S. Potter
By:  Deputy Clerk